UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SUSAN LORINCZ,

    Plaintiff,                          CASE NO.:    3:20-cv-00422-JSM-PRL

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant,
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The parties hereby stipulate to dismiss this action with prejudice with each party bearing its own costs and attorneys fees.

Dated this   13th   day of September, 2021.

| | |
|---|---|
| STEVEN A. BAGEN & ASSOCIATES, P.A. | deBeaubien, Simmons, Knight, Mantazaris & Neal, LLP |
| | |
| */s/ Christopher M. Speziok, Esq.* | */s/ Brandon J. Bornstein, Esq.* |
| CHRISTOPHER M. SPEZIOK, ESQ. | BRANDON J. BORNSTEIN, ESQ. |
| FBN 1003695 | FBN 119727 |
| P. O. Box 5757 | 332 N. Magnolia Avenue |
| Gainesville, FL  32627 | Orlando, FL 32801 |
| (352) 377-9000 | (407) 422-2454 |
| Attorney for Plaintiff | Attorney for Defendant |
| litigationfiling@bagenlaw.com (e-filing only) | BJBPleadings@dsklawgroup.com |